**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8  IN THE UNITED STATES DISTRICT COURT
9  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11 KENNETH ADRIAN FULLER,              )   No. C 12-05138 EJD (PR)
                                       )
12                                     )   JUDGMENT
                                       )
13           Petitioner,               )
                                       )
14     vs.                             )
                                       )
15                                     )
   THOMAS ALLMAN,                      )
16                                     )
                                       )
17           Respondent.               )

18

19   For the reasons stated in the order of dismissal, this action is DISMISSED.

20 Judgment is entered accordingly.

21   The clerk shall close the file.

22

23 DATED:  1/10/2013                    _____
                                        EDWARD J. DAVILA
24                                      United States District Judge

25
26
27
28

Judgment
05138Fuller_judgment.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH FULLER,<br><br>        Plaintiff,<br><br>  v.<br><br>THOMAS ALLMAN et al,<br><br>        Defendant. | Case Number: CV12-05138 EJD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 11, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kenneth Adrian Fuller
45 Pearce Street
Petaluma, CA 95490

Dated: January 11, 2013

                                        Richard W. Wieking, Clerk
                                        /s/ By: Elizabeth Garcia, Deputy Clerk