**United States District Court**

For the Northern District of California

1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   KENNETH ADRIAN FULLER,           )        No. C 12-05138 EJD (PR)
                                       )
12                                     )        JUDGMENT
                                       )
13                 Petitioner,         )
                                       )
14       vs.                           )
                                       )
15                                     )
                                       )
16   THOMAS ALLMAN,                    )
                                       )
17                 Respondent.         )
     ──────────────────────────────────)

18

19         For the reasons stated in the order of dismissal, this action is DISMISSED.

20   Judgment is entered accordingly.

21         The clerk shall close the file.

22

23   DATED: _____1/10/2013_____          _____
                                              EDWARD J. DAVILA
24                                            United States District Judge

25

26

27

28

Judgment
05138Fuller_judgment.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


KENNETH FULLER,

          Plaintiff,

  v.

THOMAS ALLMAN et al,

          Defendant.

                            /

Case Number: CV12-05138 EJD

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 11, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Kenneth Adrian Fuller
45 Pearce Street
Petaluma, CA 95490

Dated: January 11, 2013

                                      Richard W. Wieking, Clerk
                                      /s/ By: Elizabeth Garcia, Deputy Clerk